Appeal No. 78-145. MINNIE TRAVERS *et al. v.* JAMES E. ANNICONE. Defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted. *Little, Little, McDonald & Gaschen, Francis A. Gaschen,* for

plaintiffs. *Higgins, Cavanagh & Cooney, John C. Peterson,* for defendant.